IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BELAFONTE LOPEZ ROSIER,

Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of Corrections;
STATE OF FLORIDA,

Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5839

Opinion filed May 4, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Belafonte Lopez Rosier, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel,
and Barbara Debelius, Assistant General Counsel, Department of Corrections,
Tallahassee, for Respondents.

PER CURIAM.

The petition for belated appeal is denied. See Powell v. Dep't of Corr., 727 So.

2d 1103 (Fla. 1st DCA 1999).

PETITION DENIED.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.